Meyer Smulian, Appellant, v. Independent Warehouses, Inc., Respondent, and William Pfeifer, Jr., et al., Individually and as Copartners under the Name of Pfeifer Bros., Impleaded Defendants.

Argued January 14, 1947; decided February 28, 1947.

*Paul O'Dwyer* and *Samuel Harris Cohen* for appellant.
*John Ross Lauer* and *Henry Lloyd Connors* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.